IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDWARD DEVON JOHNSON, JR.,
    Petitioner,

vs.                                      Case No. 3:10cv430/LAC/EMT

WARDEN ANTHONY HAYNES, FCI
JESUP,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

This matter is before the court on Petitioner's Motion for Voluntary Dismissal of his habeas petition filed pursuant to 28 U.S.C. § 2241 (doc. 23). As grounds for dismissal, Petitioner states that he wishes to take the proper steps to file his petition in the proper court (*see* doc. 20, Government's supplemental response recommending denial of the petition on this basis).

Accordingly, it is respectfully **RECOMMENDED**:

That Petitioner's Motion for Voluntary Dismissal (doc. 23) be **GRANTED** and this action be dismissed without prejudice.

At Pensacola, Florida, this 24th day of October 2011.

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* **28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**