IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDWARD DEVON JOHNSON, JR.,
    Petitioner,

vs.                                          Case No. 3:10cv430/LAC/EMT

WARDEN ANTHONY HAYNES, FCI
JESUP,
    Respondent.
_____/

**O R D E R**

       This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 24, 2011 (doc. 24).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

       Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

       2.    Petitioner's Motion for Voluntary Dismissal (doc. 23) is **GRANTED** and this action is dismissed without prejudice.

       **DONE AND ORDERED** this 30th day of November, 2011.

                                                  s/*L.A. Collier*
                                                  **LACEY A. COLLIER**
                                                  **SENIOR UNITED STATES DISTRICT JUDGE**